**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-4482**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

BARTON JOSEPH ADAMS,

        Defendant – Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:08-cr-00077-JPB-JES-1)

———————

Submitted:  July 19, 2011        Decided:  August 2, 2011

———————

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Scott Charlton Brown, Wheeling, West Virginia, for Appellant. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barton Joseph Adams seeks to appeal the district court's April 15, 2011 order denying his motions to vacate the district court's November 21, 2008 protective and repatriation order, as modified on December 9, 2008, and the court's March 20, 2009 order holding him in civil contempt. The jurisdiction of this court to review orders originating in the district court is limited to final decisions and certain, specified, interlocutory and collateral orders. See 28 U.S.C. §§ 1291, 1292 (2006); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The district court's order is neither a final order nor an appealable interlocutory or collateral order. Additionally, because the district court's April 15 order is not a release or detention order, it is not appealable under 18 U.S.C. § 3145(c) (2006).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED